66 So.2d 926

### Orris Thomas HILTON v. STATE.

### 7 Div. 267.

Court of Appeals of Alabama.

June 2, 1953.

Rehearing Denied June 16, 1953.

E. W. Harmon, Anniston, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

Affirmed.

66 So.2d 926

### Quill JACKSON v. STATE.

### 8 Div. 347.

Court of Appeals of Alabama.
Aug. 11, 1953.

Russell W. Lynne, Decatur, for appellant.

Si Garrett, Atty. Gen., and Wm. H. Sanders, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

65 So.2d 823

### Lawrence M. JOHNS v. STATE.

### 6 Div. 673.

Court of Appeals of Alabama.

May 19, 1953.

No appearances.

CARR, Presiding Judge.

Affirmed.